

[HOLBROOKE v. HOLBROOKE]

John Holbrooke, plaint. against Daniell Holbrooke Defend<sup>t</sup> according to Attachm<sup>t</sup> Dated. 27: 4: 73. the plaint. nonsuited upon non appearance.

[ROSE v. YOUNG]

Josias Rose plaint. against John Young Defend<sup>t</sup> in an accion of the case for refuseing to pay him his wages due to him for four months & four dayes service, being Shipped by him in Boston in the Catch Abigail the 21th day of February. in the yeare 1671. in a voiadge to goe to French Tertudos & soe to Jamaica & soe to any port in the Indies except the bay of Campechy & soe to Boston againe; in whose service the s<sup>d</sup> Rose was [ **141** ] before his return to Boston from the twenty first day of February to the 27th day of June, for the which service hee was to pay the s<sup>d</sup> Rose fifty. 5. shillings per month in silver till his arrivall at Boston which is eleven pounds or thereabouts being greatly to the damage of the plaint. & all other due damages according to Attachm<sup>t</sup> Dated July. 5th 1673. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.[1]

---

[1] The case of Hawkins v. Sheafe, which should follow at this point, will be found on p. 1171, below.